# FEBRUARY, 1925.

### W. M. GUDGELL v. THE STATE.

No. 9233.   Delivered February 18, 1925.

**Transporting Liquor—Dismissed.**

Appellant is under conviction for transporting liquor, and on his proper request that same be dismissed it is so ordered.

Appeal from the District Court of Nacogdoches County.   Tried below before the Hon. L. D. Guinn, Judge.

Appeal from a conviction for transporting liquor, penalty two years in the penitentiary.

No brief filed by appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Appellant is under conviction for transporting liquor, with penalty of two years in the penitentiary. He has presented his affidavit in proper form requesting that the appeal be dismissed.

In compliance therewith it is so ordered.

*Appeal dismissed.*